U.S. DISTRICT JUDGE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK A. GIESEKE ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 2:14 CV 1567 |
| vs. ) | COMPLAINT |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner SSA ) | |
| ) | |
| Defendant. ) | |

Plaintiff, complaining of the Defendant, does hereby allege that:

1.

Plaintiff is an adult resident of King County, Washington.  His social security number is a matter of record with Defendant.

2.

Defendant is the Acting Commissioner of the Social Security Administration and at all times mentioned and relevant herein was in the exercise of her duties.

3.

Jurisdiction is conferred upon the court by 42 U.S.C. §405(g); 42 U.S.C. §1383(c) and the

COMPLAINT FOR JUDICIAL REVIEW RE: SOCIAL SECURITY DISABILITY BENEFITS –CIVIL CASE NO
Page 1 of 3

GEORGE ANDRE FIELDS
ATTORNEY AT LAW
1700 7th Ave. Suite 2100
Seattle, WA 98101
Toll Free Phone/Fax: 800-567-1556

1    due process clause of the 5th Amendment to the U.S. Constitution.

2    4.

4    Defendant has admitted that plaintiff filed claims for benefits previously on September 28,

5    1990 and March 20, 2003.

6    5.

8    An administrative law judge issued a partially favorable decision dated October 22, 2012.

9    Plaintiff appealed to the Appeals Council which denied the request for review in a decision

10    dated February 27, 2014.  Plaintiff has exhausted all administrative remedies.

11    6.

12    Defendant possesses documents relevant to Plaintiff's prior September 28, 1990 application,

13    including but not limited to: the application and supporting documentation, medical

14    evidence, educational evidence, and vocational evidence.  Despite requests, this evidence has

15    not been disclosed to plaintiff.  Defendant has failed to fully and fairly develop the record.

16    7.

17    Defendant possesses documents relevant to Plaintiff's prior March 20, 2003 application,

18    including but not limited to: the application and supporting documentation, medical

19    evidence, educational evidence, and vocational evidence.  Despite requests, this evidence has

20    not been disclosed to plaintiff.  Defendant has failed to fully and fairly develop the record.

21    8.

22    The decision of the Defendant that the reopening of Plaintiff's prior claims is not warranted

COMPLAINT FOR JUDICIAL REVIEW RE: SOCIAL SECURITY DISABILITY BENEFITS –CIVIL CASE NO
Page 2 of 3

GEORGE ANDRE FIELDS
ATTORNEY AT LAW
1700 7th Ave. Suite 2100
Seattle, WA 98101
Toll Free Phone/Fax: 800-567-1556

1   within the meaning of the Social Security Act, case law, regulations and rulings is not

2   supported by substantial evidence and applies an erroneous standard of law.  Plaintiff is

3   mentally handicapped and pursued his initial claim without the assistance of counsel.

4   Plaintiff's claims are subject to reopening under SSR 91-5p. The Defendant's adverse

5   decision violates Plaintiff's right to due process of law.

6
7   WHEREFORE, the Plaintiff demands judgment as follows:
8
9                                                                9.

10  That the decision of the Defendant be reviewed and set aside and that the  Plaintiff's

11  prior claims for a period of disability and disability insurance benefits and SSI benefits be

12  reopened and adjudicated.

13                                                               10.

14  That the court award Plaintiff costs of court, expenses and reasonable attorney fees; and that

15  the court grant such other and further relief as it deems just and proper.

16

17  Respectfully submitted this 10th day of October, 2014.

18
19                              /s/ GEORGE ANDRE FIELDS
20                              LAW OFFICES OF GEORGE ANDRE FIELDS
21                              WSBA No. 25973
22                              Attorney for Plaintiff
23                              1700 7th Ave., Suite 2100
24                              Seattle, WA 98101
25
26

COMPLAINT FOR JUDICIAL REVIEW RE: SOCIAL SECURITY DISABILITY BENEFITS –CIVIL CASE NO
Page 3 of 3