## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| WILLIAM M. MCCOOL<br>CLERK | 700 STEWART ST.<br>SUITE 2310<br>SEATTLE, WA 98101 |

October 14, 2014

To:     Counsel of record and pro se parties

From:   Tim Farrell, Deputy Clerk

Re:     Initial assignment to a United States Magistrate Judge; **Action required.**

The Western District of Washington assigns a wide range of cases to magistrate judges. Magistrate judges thus have wide experience in all types of civil matters filed in our court. Your case has been assigned to United States Magistrate Judge James P. Donohue for all purposes, including trial and final entry of judgment. *See* 28 USC 636(c), FRCP 73 and Local MJR 13.

Consent to Judge James P. Donohue is voluntary. If a party declines consent, the identity of the parties consenting or declining consent will not be communicated to any judge and the clerk will then immediately reassign the case to a district judge by random selection. Withholding consent will not result in any adverse consequence.

The Social Security Administration has filed with the court a "General Consent to Disposition by Magistrate Judges in Social Security Cases," reserving the right to withdraw in any individual case no later than the date of filing the answer to the complaint. The right to withdraw the general consent has also been reserved.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

You must return the enclosed form by November 4, 2014 indicating your consent or your request for reassignment to a district judge. Please fax the completed form to
Tim Farrell, 206−370−8422. OR by mail at Tim Farrell, U.S. District Court, 700 Stewart Street, Suite 2310, Seattle, WA 98101 . Or by e−mail to tim_farrell@wawd.uscourts.gov.

**Do not electronically file the form with the court.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEREK A. GIESEKE,

    Plaintiff(s),

v.

CAROLYN W. COLVIN,

    Defendant(s).

CASE NO. 2:14–cv–01567–JPD

CONSENT TO OR DECLINATION OF JURISDICTION OF A MAGISTRATE JUDGE

In accordance with the provisions of 28 USC Section 636(c), FRCP 73 and Local MJR 13, the party/parties to the above captioned matter hereby:

☐   voluntarily consents to have United States Magistrate Judge James P. Donohue conduct all further proceedings in this case, including trial and entry of judgment, with direct review by the Ninth Circuit Court of Appeals in the event an appeal is filed.

**OR**

☐   acknowledges the availability of a United States Magistrate Judge but declines to consent and requests the case be reassigned to a United States District Judge. If a party declines to consent, this matter shall be referred to the same Magistrate Judge for review and preparation of a Report and Recommendation for the assigned District Judge.

_____  _____  _____
Attorney/Party's Signature     Party Represented     Date Signed

Please return this form by **November 4, 2014** to the attention of Tim Farrell, by FAX at 206–370–8422. OR by mail to CLERK, 700 Stewart Street, Suite 2310, Seattle, WA 98101 . Or by e–mail to: tim_farrell@wawd.uscourts.gov.

**PLEASE NOTE:** This form must <u>not</u> be electronically filed with the court.